UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Maria Fonsatti<br><br>Plaintiff,<br><br>vs.<br><br>Target Corporation, et al.<br><br>Defendant. | Civil Action No.  06-3687 (KSH)<br><br>**ORDER** |

### KATHARINE S. HAYDEN, U.S.D.J.

This Court having reviewed the Report and Recommendation of the Honorable Patty Shwartz, United States Magistrate Judge, filed on May 23, 2007; and this Court receiving no objection thereto; and for the reasons expressed therein and based as well on plaintiff's failure to be heard or otherwise take action in this matter since Judge Shwartz's Report & Recommendation,

It is on this 30th day of January, 2008

**ORDERED** that the Report and Recommendation of the United States Magistrate Judge is adopted and incorporated as the Opinion of this Court; and it is further

ORDERED that the Clerk of the Court is directed to close this matter.

s/  Katharine S. Hayden

Katharine S. Hayden, U.S.D.J.